[No. 30155-1-I.    Division One.    July 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK Q. LOGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00304-8, LeRoy McCullough, J., entered January 24, 1992. *Affirmed* by unpublished opinion per Baker, J., concurred in by Pekelis, A.C.J., and Kennedy, J.

[No. 30776-2-I.    Division One.    July 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL WILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-00378-5, John M. Darrah, J., entered June 9, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 32381-4-I.    Division One.    July 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RAFAEL CHAVEZ MAGANA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-01307-4, Ronald Castleberry, J., entered March 2, 1993. *Remanded with instructions* by unpublished per curiam opinion.

[No. 31417-3-I.    Division One.    July 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. IAN MUSISI COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-00407-7, Carol A. Schapira, J., entered September 14, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Baker, JJ.